04/12/2010 09:06  Received  2124908991  JACKSON LEWIS LLP  PAGE 01/01
Case 7:07-cv-00612-GAY   Document 79   Filed 04/13/2010   Page 1 of 1

04/09/2010 08:55  2124908991  JACKSON LEWIS LLP  PAGE 02/02
HON. GEORGE A. YANTHIS Fax:914-390-4095  Apr 7 2010 01:47pm  P002/002

AO 85A (Rev. 8/98) Consent to Exercise of Jurisdiction by a United States Judge Except for Specific Motions

# UNITED STATES DISTRICT COURT

_SOUTHERN_ DISTRICT OF _NEW YORK_

Avate, Plaintiff

v.

Cray B NY, Defendant

CONSENT TO EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE
OVER DISPOSITIVE MOTIONS DESCRIBED
UNDER 28 U.S.C. §636(b)(1)(B)

CASE NUMBER: 7CV 612(CS)(GAY)

## CONSENT TO EXERCISE OF JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below.

MOTION(S): Motion for Preliminary Approval of proposed order of Collective Action Settlement

| Party Represented | Signature | Date |
|---|---|---|
| PLAINTIFFS | [signature] | 4/9/10 |
| DEFENDANTS | Felice Ekidum | 4/12/10 |

## ORDER OF REFERENCE

IT IS ORDERED that the above motion(s) be referred to _____
United States Magistrate Judge, to conduct all proceedings and enter a final order on such motion(s) in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

4/12/10
Date

Cathy Seibel
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.